IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-141-RJC-DSC

LAYNETTE KANIPE, )
)
      Plaintiff, )
)
v. )
) **CONSENT ORDER**
CAROLYN COLVIN, )
Acting Commissioner of Social )
Security, )
)
      Defendant. )

**THIS ACTION** being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through her attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,300.00 for attorney fees, in full and final settlement of all claims due against the Social Security Administration for attorney fees arising under the Equal Access to Justice Act (EAJA). 28 U.S.C. § 2412(d). It also appearing that the Treasury Judgment Fund ("TJF") should reimburse Plaintiff's counsel the $400.00 filing fee.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,300.00, and that the TJF pay to Plaintiff's counsel $400.00, in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

**SO ORDERED**.

Signed: October 21, 2016

David S. Cayer
United States Magistrate Judge

CONSENTED TO:

/s/ CHARLOTTE W. HALL
Attorney for Plaintiff
N.C. Bar # 41290
Charles T. Hall Law Firm, P.C.
P.O. Box 10629
Raleigh, NC  27605
Telephone: (919) 791-1883
Fax: (919) 791-1886
charlotte@charleshallfirm.com


/s/ MARC EPSTEIN
Attorney for Defendant
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel
6401 Security Boulevard
Altmeyer Building, Room 642
Baltimore, MD 21235-6401
Telephone: 410-965-8122
Facsimile: 410-597-0527
Marc.epstein@ssa.gov
New York Bar